RECEIVED

MAR 28 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY T. WHITE, Plaintiff | CIVIL ACTION NO. 1:18-CV-00744 |
| VERSUS | JUDGE DRELL |
| CHAD FUQUA, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant Concordia Parish Sheriff's Department's Motion to Dismiss (Doc. 5) is GRANTED, and Plaintiff's claims against Defendant Concordia Parish Sheriff's Department are hereby DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of March, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT